# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 26, 2020**

SEAN F. McAVOY, CLERK

SELIKA C.,

|  |  |
|---|---|
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| _Defendant_ | |

Civil Action No.   1:19-CV-3190-MKD-1

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 15, is GRANTED.  Defendant's Motion for Summary Judgment,
ECF No. 16, is DENIED.
JUDGMENT is entered in favor of Plaintiff REVERSING and REMANDING the matter to the Commissioner of Social
Security for further proceedings consistent with this recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

This action was _(check one)_:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      Mary K. Dimke _____ on motions for summary judgment.

Date:  March 26, 2020 _____

_CLERK OF COURT_

SEAN F. McAVOY
_____

s/ Pam Howard
_____
_(By) Deputy Clerk_

Pam Howard
_____